UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# MEMORANDUM

| Case No. | CV 17-776 DSF (AJWx) | Date | 2/28/17 |
|---|---|---|---|
| Title | William Duncan v. BET Recreation, Inc | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order GRANTING Motion to Remand Case to State Court

    Defendant BET Recreation, Inc. removed this case on the basis of diversity jurisdiction. However, BET Recreation is a California citizen. Local defendants are not entitled to remove cases on the basis of diversity. 28 U.S.C. § 1441(b)(2). Plaintiff has filed a motion to remand within 30 days of removal. The motion to remand is GRANTED. The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.